UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. RAMIREZ, K03385,<br>   Petitioner,<br>  v.<br>GIGI MATTESON, Warden,<br>   Respondent. | Case No. 22-cv-09052-SK  (PR)<br><br>**ORDER OF TRANSFER** |

  Petitioner, a state prisoner incarcerated at California State Prison, Solano (SOL) in Solano County, seeks federal habeas review of the execution of a sentence imposed by Solano County Superior Court. Petitioner specifically claims that he was denied due process in connection with a prison disciplinary hearing at SOL.

  Venue is proper in a habeas action in either the district of conviction or the district of confinement. See 28 U.S.C. § 2241(d). Here, the district of conviction and the district of confinement is Solano County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b).

  Because Solano County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

  The clerk shall transfer this matter forthwith.

  **IT IS SO ORDERED**.

Dated: January 26, 2023



SALLIE KIM
United States Magistrate Judge